**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000866
17-DEC-2021
08:51 AM
Dkt. 170 OCOR

NO. CAAP-17-0000866

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
DOUGLAS M. CARDENAS, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF FIRST CIRCUIT
(CASE NO. 1PC151000320)

ORDER OF CORRECTION
(By: Nakasone, J.)

IT IS HEREBY ORDERED that the Published Opinion entered on October 28, 2021 (docket no. 166) in the above case is hereby corrected as follows:

At page 26, in the 27th line, the word "711-7112" should be replaced with "711-1112" so that as corrected, the text reads as: "with HRS § 711-1112."

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, December 17, 2021.

/s/ Karen T. Nakasone
Associate Judge